JOSEPH A. VELEZ
ATTORNEY AT LAW (SBN: 16059)
7272 E. Indian School Rd., Ste. 111
Scottsdale, Arizona 85251
480.710.5079
Attorney for Plaintiff
jvelezesq@me.com

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| JANICE FIELDER, ) | **No. 2:10-cv-02777-PHX-LOA** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Notice of Dismissal With** |
| ) | **Prejudice** |
| RYAN COMPANIES US, Inc., a foreign ) | |
| corporation authorized to conduct ) | |
| business in Arizona, ) | |
| Defendant, ) | |
| _____ ) | |

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., plaintiff Janice Fielder hereby voluntarily dismisses the above captioned lawsuit with prejudice. Pursuant to a separate agreement of the parties, each party shall bear her/its own attorneys' fees and costs.

DATED this 2nd day of May, 2011

By     /s/Joseph Velez
Joseph A. Velez
Attorneys for Plaintiff

**Law Office of Joseph A. Velez**
7272 E. Indian School Rd., Suite 111
Scottsdale, AZ 85251

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and e-mailed a copy of the same to the following:

Janice Procter-Murphy

Fennemore Craig, P.C.

3003 North Central Avenue, Suite 2600

Phoenix, AZ 85012

jpmurphy @fclaw.com

     /s/ Joseph Velez